IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LESLIE PURYEAR, *on behalf of himself and all those similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>CHADWICK DOTSON, *in his individual capacity*,<br><br>HAROLD CLARKE, *in his individual capacity*,<br><br>    Defendants. | Civil Action No. 3:24-cv-00479-REP |

### JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

Plaintiff Leslie Puryear and Defendants Chadwick Dotson and Harold Clarke (collectively, the "Parties") jointly move the Court under Federal Rule of Civil Procedure 26(c) for entry of the attached Protective Order. The Parties have conferred and believe that this litigation may involve the disclosure of materials that contain confidential information that should be protected from public disclosure, including medical records and non-public criminal history information. The parties agree that the improper disclosure of this material could result in "annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). The Parties believe that the attached Protective Order will both minimize discovery disputes related to confidentiality and adequately protect the confidentiality interests of the Parties and third parties.

1

Dated: September 26, 2024

*/s/ Michael Allen*
Michael Allen (VSB #25141)
Rebecca Livengood*
Ellora Thadaney Israni*
Relman Colfax, PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com
rlivengood@relmanlaw.com
eisrani@relmanlaw.com

* admitted *pro hac vice*

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Margaret Hoehl O'Shea*
Margaret Hoehl O'Shea (VSB #66611)
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
Tel: 804-224-2206
Fax: 804-786-4239
moshea@oag.state.va.us

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Joint Motion to Enter Stipulated Protective Order was filed on September 26, 2024 through the Court's electronic filing system.

/s/ *Michael Allen*
Michael Allen
*Attorney for Plaintiff*