```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
            Richmond Division
```

LESLIE PURYEAR, on behalf of
himself and all those
similarly situated,

    Plaintiff,

v.	Civil Action No. 3:24cv479

CHADWICK DOTSON, in his
Individual capacity,
et al.,

    Defendants.

### ORDER

The Court having been advised that the disputes in this action have been resolved, it is hereby ORDERED that DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS (ECF No. 17) is denied as moot.

It is so ORDERED.

                                      /s/	REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: November 8, 2024