IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LESLIE PURYEAR, on behalf of
himself and all those
similarly situated,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Civil Action No. 3:24cv479

CHADWICK DOTSON, in his
Individual capacity,
et al.,

    Defendants.

## ORDER

Having considered the JOINT STATUS REPORT AND MOTION TO STAY DISCOVERY AND CLASS CERTIFICATION DEADLINES (ECF No. 42), it is hereby ORDERED that:

(1) The Joint Motion to Stay Discovery and Class Certification Deadlines (ECF No. 42) is granted and those deadlines are suspended until further order of the Court; and

(2) By December 16, 2024, the parties shall file a Motion for Preliminary Approval of Settlement; and

(3) A hearing on the Motion for Preliminary Approval of Settlement shall be held at 2:00 p.m. January 16, 2025.

It is so ORDERED.

                                    /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: November 8, 2024