# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| LESLIE PURYEAR, *on behalf of himself and all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CHADWICK DOTSON, *in his individual capacity*,<br><br>HAROLD CLARKE, *in his individual capacity*,<br><br>Defendants. | Civil Action No. 3:24-cv-00479-REP |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Leslie Puryear, individually and on behalf of a class of similarly situated individuals (the "Settlement Class"), respectfully moves this Court for an order:

1. Certifying the Settlement Class, appointing Mr. Puryear as class representative, and appointing Relman Colfax PLLC as class counsel.

2. Preliminarily approving the proposed Settlement, plan of allocation, and the form and manner of notice to the Settlement Class.

3. Directing notice to the Settlement Class under Rule 23(e)(1).

Defendants do not oppose the relief sought in this motion. A memorandum in support of the motion will be filed separately.

1

DATE: December 16, 2024

Respectfully Submitted,

<u>/s/ Michael Allen</u>
Michael Allen
Rebecca Livengood*
Ellora Thadaney Israni*
Emahunn Campbell**
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com
rlivengood@relmanlaw.com
eisrani@relmanlaw.com
ecampbell@relmanlaw.com

*Attorneys for Plaintiff*

*\*admitted pro hac vice*

*\*\*pro hac vice application pending*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 16, 2024, a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, Provisional Certification of Settlement Class, and Approval of Notice was served via CM-ECF on all attorneys of record.

Date: December 16, 2024                                      /s/ Michael Allen
                                                              Michael Allen

                                                              *Attorney for Plaintiff*