UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LESLIE PURYEAR, *on behalf of himself and all those similarly situated*,<br><br>  Plaintiff,<br><br>  v.<br><br>CHADWICK DOTSON, *in his individual capacity*,<br><br>HAROLD CLARKE, *in his individual capacity*,<br><br>  Defendants. | Civil Action No. 3:24-cv-00479-REP |

**NOTICE ABOUT WITHDRAWN OBJECTION**

On January 29, 2025, the Court entered an order preliminarily approving a class-wide settlement of this matter, setting a deadline of April 14, 2025 for potential class members to object to the settlement, and ordering Counsel to file any written objections received by Parties within five days of receipt. *See* Dkt. 56 ¶ 17.

On April 10, 2025, Plaintiff's Counsel received a written objection from class member Tevin Little, which included copies of Mr. Little's commissary receipts. That day, Plaintiff's Counsel notified Defense Counsel and the Settlement Administrator of the objection. Because the commissary receipts contained personal information, the next day, on April 11, 2025, a paralegal from Plaintiff's Counsel's office called Mr. Little to tell him that Plaintiff's Counsel would be filing the objection on the public docket. Mr. Little said he did not wish to object and directed Plaintiff's Counsel not to file the objection. On April 13, 2025, Rebecca Livengood,

1

lead counsel for Plaintiff, spoke with Mr. Little to confirm that he did not wish to object and was directing Counsel not to file the objection, and he confirmed.

In an abundance of caution, Plaintiff's Counsel is notifying the Court of this correspondence and the exchange that followed.

Dated: April 14, 2025                                             Respectfully submitted,


/s/ Michael Allen
Michael Allen (Va. Bar No. 25141)
Rebecca Livengood*
Ellora Thadaney Israni*
Emahunn Campbell*
RELMAN COLFAX PLLC
1225 19th Street, NW
Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com
rlivengood@relmanlaw.com
eisrani@relmanlaw.com
ecampbell@relmanlaw.com

* Admitted *pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice about Withdrawn Objection was filed and served on all counsel of record on April 14, 2025 through the Court's electronic filing system.

*/s/ Michael Allen*
Michael Allen
*Attorney for Plaintiff*
